## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEROGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| **GAIL M. REESE, FREIDA HINSON** <br> **and TAMMY WICKER as Surviving Children** <br> **and GAIL M. REESE as Administratrix** <br> **of the Estate of Mildred Marshall,** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | **CIVIL ACTION FILE** <br> **1:07-CV-02323-BBM** |
| v. | ) ) ) | |
| **BEVERLY HEALTH AND** <br> **REHABILITATION SERVICES, INC.** | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs **Gail M. Reese, Freida Hinson and Tammy Wicker as Surviving Children, an Gail M. Reese as Administratrix of the estate of Mildred Marshall**, and **Defendant Beverly Health and Rehabilitation Service, Inc.** ("Defendant"), and stipulate to the Dismissal With Prejudice of Defendant Pursuant to Federal rule of Civil Procedure 41(a)(1). Each side shall bear its own costs.

So stipulated and consented to this _____ day of August, 2008.

STEPHENSON REYNOLDS, LLC

*s/Pamela S. Stephenson*
Pamela S. Stephenson
Georgia Bar No. 679558

Attorney for Plaintiffs

4153-C Flat Shoals Parkway
Suite 324
Decatur, Georgia 30034
Telephone:  404/243-0200
Facsimile:  404/243-0307
E-mail:  pstephenson@wsvlaw.com

HAWKINS & PARNELL, LLP

*s/Patricia M. Peters*
David C. Marshall
Georgia Bar No. 471512
Patricia M. Peters
Georgia Bar No. 573650
Christian J. Lang
Georgia Bar no. 435437

Attorneys for Defendant

SunTrust Plaza
303 Peachtree Street, NE
Atlanta, Georgia 30308
Decatur, Georgia 30034
Telephone:  404/614-7400
Facsimile:  404/614-7500
E-mail:  dmarshall@hplegal.com
E-mail:  ppeter@hplegal.com
E-mail:  clang@hplegal.com